■ In the Matter of ARMANDO COLON, Petitioner, v WILLIAM F. KEYSER, as Superintendent of Sullivan Correctional Facility,

Respondent. [56 NYS3d 912]—Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Sullivan County) to review a determination of respondent finding petitioner guilty of violating certain prison disciplinary rules.

Determination confirmed. No opinion.

Garry, J.P., Rose, Mulvey, Aarons and Pritzker, JJ., concur. Adjudged that the determination is confirmed, without costs, and petition dismissed.